IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STAR GROUP COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FORU HOLDINGS, INC. (f/k/a CAPSALUS CORPORATION, f/k/a MACH ONE CORPORATION); WHITE HAT HOLDINGS, INC.; GUAVA HEALTHCARE, INC.; FORU INTERNATIONAL CORPORATION (formerly GENEWIZE LIFE SCIENCES, INC.); and JOHN DOES 1-10<br>Defendants. | Civil Action No.  1:14-cv-07978-JHR-KMW<br><br>**MOTION TO WITHDRAW MOTIONS FOR DEFAULT JUDGMENT AGAINST DEFENDANTS FORU HOLDINGS AND FORU INTERNATIONAL** |

A complaint was filed herein on December 23, 2014 and service of process was had on defendant Foru Holdings, Inc. ("**Foru Holdings**") and defendant Foru International Corporation ("**Foru International**") on January 23, 2015 and January 16, 2015, respectively.  When defendants Foru Holdings and Foru International did not answer or otherwise appear in the above-captioned action, and after the time for appearance had well-expired, default was entered against defendants Foru Holdings and Foru International on June 5, 2015.

After the above-mentioned defendants were served with the pending Motion for Default Judgment, counsel for defendants contacted undersigned counsel for Plaintiff to engage in settlement discussions.  Counsel agreed to withdraw its Motion for Default Judgment pending

1

such discussions. Accordingly, and in order to conserve the resources of the Court, Plaintiff hereby withdraws its Motion for Default Judgment (Docket No. 10).

                            Respectfully submitted,

                            /s/ Jill A. Guldin
                            Jill A. Guldin, Esquire
                            Lauletta Birnbaum, LLC
                            591 Mantua Blvd., Suite 200
                            Sewell, NJ 08054
                            Telephone: 856-232-1600
                            Facsimile: 856-232-1601
                            jguldin@lauletta.com
                            *Attorneys for Plaintiff,*
                            *Star Group Communications, Inc.*

Dated: July 14, 2015

SO ORDERED this 28th day of July, 2015

_____
JOSEPH H. RODRIGUEZ, USDJ