IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STAR GROUP COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FORU HOLDINGS, INC. (f/k/a CAPSALUS CORPORATION, f/k/a MACH ONE CORPORATION); WHITE HAT HOLDINGS, INC.; GUAVA HEALTHCARE, INC.; FORU INTERNATIONAL CORPORATION (formerly GENEWIZE LIFE SCIENCES, INC.); and JOHN DOES 1-10<br>Defendants. | Civil Action No. 1:14-cv-07978-JHR-KMW<br><br>**MOTION TO WITHDRAW MOTIONS FOR DEFAULT JUDGMENT AGAINST DEFENDANT GUAVA HEALTHCARE, INC.** |

A complaint was filed herein on December 23, 2014 and service of process was had on defendant Guava Healthcare, Inc., ("**Guava**") on January 24, 2015. When defendant Guava did not answer or otherwise appear in the above-captioned action, and after the time for appearance had well-expired, default was entered against defendant Guava on June 24, 2015.

After the above-mentioned defendant was served with the pending Motion for Default Judgment, counsel for defendant contacted undersigned counsel for Plaintiff to engage in settlement discussions. Counsel agreed to withdraw its Motion for Default Judgment pending such discussions. Accordingly, and in order to conserve the resources of the Court, Plaintiff

hereby withdraws its Motion for Default Judgment (Docket No. 12).

                                          Respectfully submitted,

                                          /s/ Jill A. Guldin
                                          Jill A. Guldin, Esquire
                                          Lauletta Birnbaum, LLC
                                          591 Mantua Blvd., Suite 200
                                          Sewell, NJ 08054
                                          Telephone:  856-232-1600
                                          Facsimile:  856-232-1601
                                          jguldin@lauletta.com
                                          *Attorneys for Plaintiff,*
                                          *Star Group Communications, Inc.*

Dated:  July 14, 2015

SO ORDERED this 28th day of July, 2015.

_____
JOSEPH H. RODRIGUEZ, USDJ

2